**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14–cv–01318–RM–CBS

GAYLA MORTENSEN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on the parties' Stipulation for Dismissal of Plaintiff's Claims for Unreasonable Delay or Denial Under C.R.S. §§ 10-3-1115 and 1116 and Common Law Bad Faith With Prejudice (ECF No. 17).  Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby ORDERS that Plaintiff's claims for unreasonable delay or denial pursuant to C.R.S. §§ 10-3-1115 and 1116 and common law bad faith are DISMISSED WITH PREJUDICE.  Each party shall pay their own costs and fees.

    DATED this 16th day of December, 2015.

                                              BY THE COURT:

                                              _____
                                              RAYMOND P. MOORE
                                              United States District Judge