# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:  January 4, 2016 |

**CASE NO.   14-cv-01318-RM-CBS**

GAYLA MORTENSEN,　　　　　　　　　　　　　　　Marc Harden
　　　　　　　　　　　　　　　　　　　　　　　　Ashley Fetyko
　　　Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,　Jacquelyn Booker

　　　Defendant.

## COURTROOM MINUTES

*DAUBERT* HEARING
**COURT IN SESSION**:　　　9:59 a.m.
Court calls case.   Appearances of counsel.   Present with defense counsel is Dr. C. E. "Ted" Bain and Charles Scheurich.

Discussion held regarding Plaintiff's Motion *In Limine* to Exclude Evidence of Collateral Source Benefits at Trial (Doc. 40).

**ORDERED:**   Plaintiff's Motion *In Limine* to Exclude Evidence of Collateral Source Benefits at Trial (Doc. 40) is GRANTED as stated on the record.

The Court proceeds with Plaintiff's *Daubert* Motion to Preclude Testimony of Dr. C. E. "Ted" Bain (Doc. 28).

10:04 a.m.　　Opening statements presented by Ms. Fetyko.
10:08 a.m.　　Opening statements presented by Ms. Booker.

10:12 a.m.　　Defendant's witness, Charles Edward Bain, is sworn and examined by Ms. Booker.
　　　　　　　Defendant's Exhibits A through R are identified.

10:51 a.m.　　Cross-examination of Charles Edward Bain by Ms. Fetyko.

11:39 a.m.　　Redirect examination of Charles Edward Bain by Ms. Booker.

11:42 a.m.    Witness is excused.

Closing argument by Ms. Fetyko.

11:46 a.m.    Closing argument by Ms. Booker.

Court's findings.

**ORDERED:** Plaintiff's *Daubert* Motion to Preclude Testimony of Dr. C. E. "Ted" Bain (Doc. 28) is DENIED as stated on the record.

**ORDERED:** Counsel for the parties shall retain custody of their respective exhibits at the conclusion of this hearing.

**COURT IN RECESS**:    **12:03 p.m.**
**Total in court time**:    **02:04**
**Hearing concluded**